```
 1  Amy M. Hoffman (SBN 022762)
    JARDINE BAKER HICKMAN & HOUSTON, PLLC
 2  3300 North Central Avenue, Ste. 2600
    Phoenix, AZ  85012
 3  Tel:  602-200-9777
 4  Email: ahoffman@jbhhlaw.com

 5  Joseph N. Casas (admitted pro hac vice)
    The Casas Law Firm, PC
 6  1740 Broadway, 15th Floor
    New York, NY 10019
 7  Tel: 855-220-9626
    Email: joseph@talentrights.law
 8
 9  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Devin Justine Takeguma, an individual; Vivian Kindle, an individual; Lucy Pinder, an individual; Heather Ray Young, an individual; Jessica Killings, an individual; Rosie Jones, an individual, | No. 2:18-cv-02552-MTL |
| Plaintiffs, | **Notice of Change of Firm and Disassociation of Counsel** |
| v. | |
| Freedom of Expression, LLC d/b/a Bones, an Arizona corporation; and DOES 1 through 20, inclusive, | (Assigned to the Hon. Michael T. Liburdi) |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned counsel, formerly of The Wilkins Law Firm, is now associated with the law firm Jardine Baker Hickman & Houston, PLLC. All further pleadings and other communications related to this matter should be directed to:

Amy M. Hoffman
Jardine Baker Hickman & Houston, PLLC
3300 N. Central Avenue, Suite 2600

Phoenix, Arizona 85012
ahoffman@jbhhlaw.com
Main line: 602-200-9777

J. Taylor Swick, formerly of The Wilkins Law firm, is no longer associated with The Wilkins Law Firm, or Jardine Baker Hickman & Houston.  Mr. Swick will no longer be appearing as counsel of record for Plaintiffs and should be removed from all distribution lists of the parties and the Court accordingly.  Undersigned counsel will remain counsel for Plaintiffs in the above-captioned matter.

RESPECTFULLY SUBMITTED this 16th day of June, 2021.

          JARDINE BAKER HICKMAN & HOUSTON, PLLC

By:  /s/ Amy M. Hoffman
Amy M. Hoffman
3300 N. Central Ave., Ste. 2600
Phoenix, AZ  85012
Phone:  602-296-0022
ahoffman@jbhhlaw.com

*Attorneys for Plaintiffs Devin Justine Takeguma, Vivian Kindle, Lucy Pinder, Heather Ray Young, Jessica Killings and Rosie Jones*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, I electronically transmitted the foregoing document to the Clerk of the U.S. District Court using the CM/ECF system for filing and service to all parties/counsel registered to receive copies in this case.


By /s/ Cheryl Hays
    Cheryl Hays